RECEIVED
JAN 24 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

GREGORY C. KAPORDELIS,

    PETITIONER,

V.                              CASE NO. 22-cv-213

S. MA'AT, WARDEN,

    RESPONDENT

PETITION FOR EMERGENCY WRIT OF MANDAMUS OR PROHIBITION UNDER ANY APPLICABLE FEDERAL STATUTE THAT ACCORDS JUST RELIEF

## I. OVERVIEW:

PETITIONER KAPORDELIS IS A FEDERAL INMATE CURRENTLY INCARCERATED AT FCI-I-OAKDALE IN OAKDALE, LOUISIANA. AT PRESENT, KAPORDELIS'S HOUSING UNIT IS IN LOCK DOWN STATUS DUE TO A COVID-19 (OMICRON VARIANT) OUTBREAK WHICH BEGAN ON JANUARY 3, 2022. AS SUCH, KAPORDELIS HAS NO EFFECTIVE ACCESS TO THE LAW LIBRARY OR A TYPEWRITER TO MORE INTELLIGENTLY OR LEGIBLY PREPARE THIS PETITION.

THE ISSUE AT BAR IS SIMPLE: THE WARDEN AND THE MEDICAL STAFF HAS REFUSED (DE FACTO) TO ADMINISTER A

—1—

COVID-19 booster shot to most inmates who have been vaccinated, and who want nothing more than to avoid unnecessary risks and complications related to an active COVID-19 infection. Kapordelis has personally begged the Warden and medical staff since early December for booster shots. He made this plea after studying the science and after hearing President Biden directly urge all American citizens to get the booster shot.

At the present time, the staff here at FCI-Oakdale (to include the administration) is allowing COVID-19 to infect inmates in "ping pong" fashion, and has refused to administer booster shots to inmates — petitioner among them — who would rather fight the pandemic with induced immunity (which does not appear to be associated with "long-COVID" syndrome) rather than natural immunity (i.e., antibody protection generated by an actual COVID-19 infection).

In the end, Kapordelis argues that FCI-Oakdale's current actions amount to unlawful experimentation on federal inmates who are being denied any real opportunity to protest/grieve in a way to yield immediate relief. The denial of available booster shots to prevent COVID-19 infection or limit its harm is the same thing as administering the COVID-19 antigen to

-2-

INMATES JUST TO SEE WHAT HAPPENS. KAPORDELIS RESPECT- FULLY OBJECTS, AND HE URGES THIS COURT TO COMMENCE WHAT- EVER LEGAL PROCESS IS AVAILABLE UNDER THESE CIRCUMSTANCES.

II. RELEVANT FACTS:

KAPORDELIS AFFIRMS THE FOLLOWING FACTS UNDER PENALTY OF PERJURY, PURSUANT TO 28 USC § 1746. HE HAS DOCUMEN- TARY EVIDENCE IN SUPPORT, BUT THIS EVIDENCE IS NOT AVAILABLE TO APPEND/ATTACH DUE TO LOCK-DOWN CONDITIONS AND THE INABILITY TO PRINT DOCUMENTARY E-MAILS.

1. FOR MONTHS PRECEDING THE INSTANT LOCKDOWN, KAPORDELIS HAS COMPLAINED IN WRITING TO WARDEN MYERT THAT SEVERAL STAFF MEMBERS WORKING IN THE INMATE "CHOW HALL" AND INMATE LIVING UNITS WILL NOT WEAR FACE COVERINGS WHEN IN DIRECT CONTACT WITH INMATES. KAPORDELIS AVERS THAT HE HAS COMPLAINED AT LEAST 10-TIMES IN OCTOBER, NOVEMBER AND DECEMBER OF 2021, AND AT LEAST 5-TIMES IN JANUARY 2022. AS BUT THREE EXAMPLES, THE STAFF MEMBER IN CONTROL OF EVA-2 UNIT ON THE DAY SHIFT ON JANUARY 9TH, THE NIGHT SHIFT ON JANUARY 12TH, AND THE NIGHT SHIFT ON JANUARY 13TH, WORE NO MASK EVEN ONCE. VIDEO SURVEILLANCE WILL CORROBORATE THIS AVERMENT.

-3-

2. EVA-2 UNIT, WHERE KAPORDELIS IS HOUSED, WAS LOCKED DOWN ON JANUARY 3, 2022, AT 2:00 PM. THIS MEANS CONFINEMENT IN A TWO-MAN 8X10 FT CELL. ON JANUARY 4TH, COVID TESTS WERE CONDUCTED ON THE ROUGHLY 160 MEN HOUSED IN EVA-2 UNIT. BY JANUARY 6TH, TWO INMATES TESTED POSITIVE. BY JANUARY 7TH, ANOTHER 10 INMATES TESTED POSITIVE. TESTS WERE CONDUCTED AGAIN ON JANUARY 11TH. AS BEST AS KAPORDELIS COULD GUESS, AT LEAST 70 ADDITIONAL INMATES TESTED POSITIVE. COVID-19 TESTS WERE REPEATED ON JANUARY 18TH. AS OF TODAY'S DATE, IT APPEARS THAT AT LEAST A DOZEN MORE INMATES TESTED POSITIVE.

3. THERE ARE SEVERAL FACTORS WHICH ARE CONTRIBUTING TO THE RAPID SPREAD OF COVID-19 AMONG INMATES IN EVA-2 UNIT, ABOVE AND BEYOND THE STAFF'S RELUCTANCE TO ADHERE STRICTLY TO COVID-PPE-PRECAUTIONS. MOST SIGNIFICANT AMONG THEM IS THE INSTITUTION'S USE OF INMATES AS ORDERLIES DURING THE PERIOD OF QUARANTINE, WHERE THESE ORDERLIES HAVE DIRECT CONTACT WITH COVID-19(+) INMATES (WHEN THEY ARE ALLOWED OUT OF THEIR CELLS 3-HOURS PER WEEK TO SHOWER, CONTACT FAMILY MEMBERS, CLEAN THE CELL, ETC) AND WITH COVID-19-NEGATIVE INMATES. IN SHORT, THESE ORDERLIES ARE VECTORS WHO SERVE TO "PING-PONG" INFECTIONS BETWEEN INMATES.

-4-

4. Kapordelis has written Warden Ma'at at least four times since November 25, 2021, requesting a booster shot. The e-mails are available for printing at this moment, but no printer is available due to the lock-down. In three of these e-mails, Kapordelis expressly informed the Warden that President Biden publicly cautioned all Americans who were eligible to receive boosters. President Biden did not qualify his plea in a way that would suggest that federal inmates do not qualify. When responding to two of these e-mails, Warden Ma'at seemed perplexed that Kapordelis had not received a booster shot, and he promised that one would be administered soon.

5. As of today's date, Kapordelis has yet to receive a booster shot despite at least two negative COVID-19 tests in January alone (the third test is still being assessed).

III. Discussion:

Federal inmates are not to be used as subjects of experimentation. If a known pathogen is susceptible to a drug that can hinder its harmful effect—

-5-

such as a vaccine — that drug/vaccine should be administered to inmates in a federal prison for the same reasons it should be administered to the public at large.

It appears clear that the administration here at Oakdale has concluded that the booster shot is not worth the effort of administration. Petitioner respectfully and rightfully objects to this way of thinking in the strongest terms.

## IV CONCLUSION:

Wherefore, this Court is urged to do whatever it can to thwart, mitigate or end the FCI-Oakdale experiment currently taking place. Towards that goal, the Court is urged to notify the Director of the Bureau of Prisons about these issues as quickly as possible.

Respectfully submitted, this 20th day of January, 2022,

*[signature]*

Gregory C. Kapordelis, Pro se
FCI - Oakdale
P.O. Box 5000
Oakdale, LA 71463